UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

KATHY KMONICEK

                              Plaintiff,               21Civ. 05413(PAC)

      - against -                             **DEFAULT JUDGMENT**

SMG MEDIA, INC.

                              Defendant.
------------------------------------x

       This action having been commenced on _____June 19. 2021_____ by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant(s), SMG MEDIA, INC._____, on September 29, 2021 by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on Patrick Duffy, and a proof of service having been filed on October 7, 2021 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ 10,000.00, amounting to $10,000.00 in statutory damages plus $735.00 in attorneys fees' and $440 in costs and disbursements of this action in all amounting to $11,175.00, plus post-judgment interest.

Dated: New York, New York
       January 21, 2022

                                                            _____
                                                             U.S.D.J.